IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY JOHN, JACQUELINE JOHN,
LYANN WILLIAMS and her minor children,
and CURTIS WILLIAMS,

    Plaintiffs,

  v.

COUNTY OF LAKE, aka COUNTY OF LAKE,
CITY OF LAKEPORT, a municipal corporation,
ANTONIO J. CASTELLANOS, individually
and in his capacity as Lake County Sheriff's
Department deputy, CODY WHITE, JOSEPH
EASTHAM, and MARK STEELE, individually
and in their capacities as Lakeport Police
Department Officers, and DOES 1 through 10,

    Defendants.

No. C 18-06935 WHA

**ORDER DENYING VACATING REFERRAL TO MAGISTRATE JUDGE**

For the time being, Magistrate Judge Robert Illman shall remain as the mediator in this case and counsel shall please discuss with him ways to reduce the expense of travel.

**IT IS SO ORDERED.**

Dated: October 10, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE