UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY JOHN, JACQUELINE JOHN, LYANN WILLIAMS, individually and on behalf of her minor children, H.W., S.W., C.W., F.W. and CURTIS WILLIAMS,

Plaintiffs,

v.

COUNTY OF LAKE, et al.,

Defendants.

No. C 18-06935 WHA

**ORDER RE DEFENDANTS' MOTION FOR RELIEF AND MOTION TO EXTEND TIME**

Following Magistrate Judge Sallie Kim's amended order regarding motion for sanctions and attorney's fees, defendant filed an improper motion for reconsideration of that order. A few days later, and past the deadline to do so, defendant filed a motion for relief from the same order by Judge Kim under Civil Local Rule 72-2 along with a motion to extend time to excuse the delayed filing of the motion for relief. Defendants cannot just bootstrap themselves out of a missed deadline by merely stating that they had misread our local civil rules, and the motion should be denied on that ground alone.

After having considered Magistrate Judge Kim's order (Dkt. No. 162) and defendants' improper briefing, this order fully **AFFIRMS** Judge Kim's findings and recommendations, and **DENIES** defendants' motion for relief.

**IT IS SO ORDERED.**

Dated: September 23, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE